# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
## United States District Court
### Southern District of New York

Mag. Dkt. No.                                                                 Date

   USAO No.

The Government respectfully requests the Court to dismiss without prejudice the

   Complaint          Removal Proceedings in

*United States v.*

The Complaint/Rule 40 Affidavit was filed on

   *U.S. Marshals please withdraw warrant*

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**

DATE:   September 11, 2025

UNITED STATES MAGISTRATE JUDGE